THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DBE CONSTRUCTION INC., a Washington corporation,<br><br>Defendant. | NO.   C19-01594-MJP<br><br>ORDER TO SHOW CAUSE |

IT IS HEREBY ORDERED that Frederick Thomas, owner and Registered Agent for DBE Construction Inc., be and is hereby commanded to appear in person before the Honorable Marsha J. Pechman, Room 14206, United States District Court, United States Courthouse, 700 Stewart Street, Seattle, WA 98101 on the **14th day of April, 2020, at the hour of 10:00 a.m.**, to then and there show cause, if any he may have, why he should not be adjudged to be in contempt of court for failure to comply with the Court's Order Granting Plaintiffs' Motion to Compel Compliance with Subpoena Duces Tecum ordering Mr. Thomas to produce the following documents to Plaintiffs for the period February 2019 through the Present Date:

1. Completed remittance reports for Western Conference of Teamsters Pension Trust Fund (Account #415098);

2. Completed remittance reports for Washington Teamsters Welfare Trust Fund (Account #118259).

IT IS FURTHER ORDERED if Frederick Thomas does not appear, a warrant will be issued for his arrest and he shall be further obligated to the Plaintiff for its attorney's fees.

ORDER ENTERED this _11th_ day of _February_, 2020.

*signature*

Marsha J. Pechman
United States Senior District Judge

Presented for Entry by:

*s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, LLP
Attorneys for Plaintiff